

ENTERED
02/26/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| PALOMINO GROUP, LLC § | |
| DEBTOR(S) § | CASE NO.   09-30053-H5-11 |
| § | |

### O R D E R

Debtor's motion to sell property is **GRANTED**.

Signed this 26 day of Feb., 2009 at Houston, Texas.


_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE